IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EDI R. CALDERON,

                Plaintiff,                OPINION & ORDER

v.

                                        12-cv-615-wmc

LINDA CRAEMER,

                Defendant.

---

In this proposed civil action under 42 U.S.C. § 1983, plaintiff Edi R. Calderon alleges that defendant Linda Craemer has violated his Eighth and Fourteenth Amendment rights by denying him a replacement social security card on the basis of his race. Calderon has been given leave to proceed under the *in forma pauperis* statute, 28 U.S.C. § 1915 and has prepaid his initial partial filing fee of $51.70. While screening this complaint pursuant to § 1915(e)(2), the court recently discovered that Calderon has been released from Stanley Correctional Institution and has failed to provide this court with his current address.

It is not the obligation of either this court or the clerk's office to search for litigants. Rather, it is the litigant's responsibility to advise the court of any change to his or her contact information. *See Casimir v. Sunrise Fin., Inc.*, 299 F. App'x 591, 593, 2008 WL 4922422 (7th Cir. 2008) (affirming the denial of a Rule 60(b) motion where movants claimed they did not receive notice of summary judgment due to a house fire, adding that "all litigants, including pro se litigants, are responsible for maintaining communication with the court"); *Soliman v. Johanns*, 412 F.3d 920, 922 (8th Cir. 2005) ("[A] litigant who invokes the processes of the federal courts is responsible for maintaining communication with the court during the pendency of his lawsuit.").

Under the inherent power necessarily vested in a court to manage its own affairs, Calderon's complaint will therefore be dismissed without prejudice for want of prosecution. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Ohio River Co. v. Carrillo*, 754 F.2d 236, 238 n.5 (7th Cir. 1984). If plaintiff learns of this dismissal and wishes to pursue this complaint, he may file a motion for leave to reinstate his complaint explaining his failure to provide this court with his current address.

ORDER

IT IS ORDERED that the complaint filed by plaintiff Edi R. Calderon is DISMISSED without prejudice for want of prosecution. Plaintiff is advised that relief from this order may be granted upon a showing of good cause.

Entered this 15th day of October, 2013.

BY THE COURT:

WILLIAM M. CONLEY
District Judge