IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDI R. CALDERON,

    Plaintiff,

v.

LINDA CRAEMER.,

    Defendant.

JUDGMENT IN A CIVIL CASE

12-cv-615-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiff's failure to prosecute.

/s/

Peter Oppeneer, Clerk of Court

10/15/2013

Date