IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDI R. CALDERON,

    Plaintiff,　　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　　　12-cv-615-wmc

LINDA CRAEMER.,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiff's failure to prosecute.

/s/　　　　　　　　　　　　　　　　　　　　10/15/2013

Peter Oppeneer, Clerk of Court　　　　　　　　Date